986 A.2d 807

Lance W. MITCHELL, Petitioner

v.

STATE CIVIL SERVICE COMMISSION (Correctional Institution at Waynesburg, Department of Corrections), Respondents.

Supreme Court of Pennsylvania.

Dec. 29, 2009.

### ORDER

PER CURIAM.

AND NOW, this 29th day of December, 2009, the Petition for Allowance of Appeal is **GRANTED,** the order of the Commonwealth Court is **VACATED,** and the case is **REMANDED** to the Commonwealth Court in light of this Court's decision in *Miller v. Unemployment Comp. Bd. of Review.,* 505 Pa. 8, 476 A.2d 364 (1984). *See also Smith v. Bd. of Prob. & Parole,* 546 Pa. 115, 683 A.2d 278, 282 (1996). The Commonwealth Court is directed to treat the petition for review as timely filed.